83,282-01

WHOM IT MAY CONCERN:                                              5/6/15

YES, THE DISTRICT COURT OF BRYAN, TX / BRAZOS COUNTY HAVE TRANSMITTED MY APPLICATION, AN I HAVE ENCLOSED A LETTER WITH A ARGUMENT AS TO MY ATTORNEYS AFFIDAVIT AND THE STATES RESPONSE. I'M ASKING CAN YOU PLEASE LOOK AT IT. I HAVE NO RECORD OF MY TRIAL ALL I HAVE IS MEMORY SO THEY HAVE AN ADVANTAGE BUT IF YOU CAN TAKE A LOOK AT MY APPLICATION, MY ENCLOSED ARGUMENT AND MY LAWYERS AFFIDAVIT I WOULD GLADLY APPRECIATE IT BECAUSE HE HAS FAILED TO ATTEMPT TO ANSWER MY SECOND POINT OF ERROR.

THANK YOU.   #1775964
Brandon Hutchins
SMITH UNIT
1313 County RD 19
LAMESA, TX 79331

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk

Brandon Hutchins
TDCJ-ID #1775964
  Smith Unit
1313 County RD 19
Lamesa, Tx 79331


MAY 6, 2015


CAUSE NO: 10-03854-CRF-361-A
THE STATE OF TEXAS V. BRANDON HUTCHINS


TO THE HONORABLE JUDGE OF SAID COURT:


YES I JUST RECIEVED MY RESPONSE FROM THE STATE AS WELL AS MY LAWYERS AFFIDAVIT IN WHICH THEY ARE ASKING FOR YOU ALL TO DENY MY RELIEF STATING THAT I DID NOT SHOW THE (2) PARTS SET OUT IN STRICKLAND V. WASHINGTON, 466 U.S. 668 (1984). THE FIRST STEP SET OUT IN STRICKLAND IS THAT THE DEFENDANT MUST SHOW MY COUNSELS PERFORMANCE WAS DEFICIENT. I THINK I SATISFIED THAT DUE TO THE FACT OF 1.) MY LAWYER DAVID HILBURN NEVER WENT TO INVESTIGATE VICTIM WITNESSES TIMOTHY MURPHY + ASHLEY BROUSSARD) AS TO THEIR IDENTIFICATION TESTIMONY. IF THEY ACTUALLY TOOK A LOOK AT THE POLICE REPORT THERE ARE PARTS THEY CUT OUT. MY ATTORNEY KNEW ALL ALONG OF THE BOGUS IDENTIFICATION BUT COME AN BRING ME THE PAPER WORK (POLICE REPORT) A DAY BEFORE TRIAL. MY ATTORNEY "NEVER" CAME AN CONSULTED WITH ME ABOUT ANY TRIAL STRATEGY, AS A MATTER OF FACT THE MEETINGS NEVER LASTED 10 MINUTES, BUT I CAN NOT SEE HOW YOU/HE CAN SAY HE WAS FUNCTIONING AS THE COUNSEL GUARANTEED BY THE SIXTH (6) AMENDMENT WHEN YOU KNOWINGLY SEE THE IDENTIFICATION WAS WRONG AN DONT FILE A MOTION TO SUPPRESS. FURTHER MORE NOT ONLY KNOWING OF THE BOGUS IDENTIFICATION BUT YOU OBSERVE THE STATE PROSECUTOR SNEAK THE TWO (2) WITNESSES INTO THE COURT ROOM AN YOU RAISE NO OBJECTION. AS STATED IN MY MEMORANDUM IT WOULD HAVE ALLOWED THE COURT TO HOLD A HEARING OUTSIDE THE PRESENCE OF THE JURY AN REQUIRE THE STATES PROSECUTOR TO SHOW THE IDENTIFICATION WASN'T TAINTED. MY ATTORNEY EVEN FAILED TO OBJECT TOO THE TESTIMONY OF MR. MURPHY + MRS. BROUSSARD. HOW CAN HE BE FUNCTIONING AS THE COUNSEL GUARANTEED BY THE SIXTH (6) AMENDMENT WHEN YOU KNOWINGLY ALLOW THE STATE TO CHEAT ME OUT MY FREEDOM. SECOND PRONG, MY ATTORNEY DEPRIVED ME OF A FAIR TRIAL WHEN HE OBSERVED THE STATES ACTION OF BRINGING

IN STATES WITNESSES MR. MURPHY + MRS BROUSSARD. HE DOESN'T KNOW WHAT WAS SAID BETWEEN THE (3) MR. MURPHY, MRS BROUSSARD AND STATES PROSECUTOR. ITS A "FACT" THATS IN THE RECORD THAT I WAS THE ONLY INDIVIDUAL IN THE PHOTO LINE UP THAT FITTED THE SUSPECTS DESCRIPTION, ITS A FACT STATED IN THE RECORD MRS. BROUSSARD SAID # 1 AND #2 WERE CLOSET TO HER MEMORY WITH #2 BEING MORE SIMILAR." WITH THAT KNOWLEGE ALONE MR. HILBURN SHOULD HAVE CHALLENGED THE IDENTIFICATION. ALSO IN MR. HILBURNS AFFIDAVIT HE NEVER STATED AS TO WHY HE NEVER INVESTIGATED / INTERVIEWED ALL THE WITNESSES WHO GAVE STATEMENTS IN THE BPD'S SUPPLEMENTAL REPORTS WHICH IN MY APPLICATION I STATED IT WOULD HAVE PRODUCED WITNESSES FOR MY COMPULSORY PROCESS RIGHTS TO BE PROTECTED, BECAUSE IF YOU READ THE POLICE SUPPLEMENT REPORTS WITNESSES REGINA JEFFERY AN KENNETHA RUCKER STATED KE ANTHONY FRANKLIN HAD LARGE AMOUTS OF MONEY. MY ATTORNEY DION'T EVEN OBJECT TO THE VIDEO NOT TAKEN FROM THE BANK BUT A STORE ATTATCHED TO THE BANK WHICH SHOW THE SUSPECT WALKING BY. I PROMISE IF YOU LOOK AT THAT VIDEO YOU CANT TELL IF THE SUSPECT HAS TATTOOS OR NOT, AND TO "COMPARE ME TO A SUSPECT IN A VIDEO IS UNPROFESSIONAL OR AS STRICKLAND SAYS "DEFICIENT." BY THE STATES THEORY OF JUMPING TO CONCLUSIONS ONCE THEY HAD A SUSPECT AND BY MY ATTORNEY USING THIS AS A TRIAL STRATEGY DION'T ALLOW ME TO HAVE A FAIR TRIAL NOR WAS IT A GOOD THEORY. I'M ASKING YOU ALL TO TAKE A GOOD LOOK AT MY WRIT AS WELL AS MY LAWYERS AFFIDAVIT AN YOU WILL SEE HIS SO CALL DEFENSE STRATEGY WAS FRIVOLUS AND CONSIDER THE EVIDENCE THAT WAS ADMITTED AT TRIAL. I WAS PREJUDICED BECAUSE BY HIM NOT OBJECTING TO THE IDENTIFICATION + IDENTIFICATION TESTIMONY THIS ALLOWED THE JURY TO CONVICT ME BECAUSE OF MY ATTORNEY THEROY. IF HE HAD DISCUSSED THIS WITH ME I WOULDN'T HAVE WENT TO TRIAL. THANK YOU FOR HEARING ME. I FEEL A EVIDENTARY HEARING IS NECESSARY.

SINCERLY
Brandon Hutchins
BRANDON HUTCHINS #1775964
SMITH UNIT
BB COUNTY RD 19
LAMESA, TX 79331